ERA CLUB, INC., Appellant, vs. RUPP, Respondent.

*January 18—February 15, 1944.*

*William A. Nathenson* of Madison, for the appellant.

For the respondent there was a brief by *Lee & Becker* of Madison, and oral argument by *Stuart H. Becker*.

FAIRCHILD, J.   When the motion for nonsuit was made the evidence showed that plaintiff by reason of its acts had become a tenant holding over its term under sec. 348.11, Stats., and that the landlord had a right of re-entry.   Peaceable entry having been made and the tenant's goods removed and stored subject to the tenant's orders, the order for nonsuit was properly granted.   However, as no judgment was entered and because the order is not an appealable order, the appeal must be dismissed.

*By the Court.*—Appeal dismissed.